# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-CV-68 |
| | § | |
| HTC CORPORATION, HTC AMERICA, | § | **JURY TRIAL REQUESTED** |
| INC., and EXEDEA, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Wi-LAN Inc. and Defendants HTC CORPORATION, HTC AMERICA, INC., and EXEDEA, INC., jointly file this agreed motion to amend the Docket Control Order and ask the Court to enter the attached proposed Order. Consistent with the prior motion on the issue, Defendants have reduced the terms further and the parties are working together to agree on certain constructions, reduce the number of disputed terms, and crystallize the construction issues for the Court. To provide additional time for the parties to perfect their proposed constructions and work through these issues, the parties have agreed to extend the date in which the parties will formally exchange their proposed constructions on the remaining terms/phrases to October 5, 2012.

Accordingly, the parties request that the following deadlines be extended as follows:

| Action | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| **Comply with P.R. 4-2** - Exchange of Preliminary Claim Constructions and Extrinsic Evidence. | **October 1, 2012** | **October 5, 2012** |

| | |
|---|---|
| Dated: September 28, 2012 | **MCKOOL SMITH P.C.**<br><br>/s/ *Sam Baxter*<br>Sam Baxter<br>TX State Bar No. 01938000<br>104 East Houston Street, Suite 200<br>Marshall, TX 75670<br>Telephone: (903) 923-9000<br>Facsimile: (903) 923-9099<br>sbaxter@mckoolsmith.com<br><br>Robert A. Cote<br>rcote@mckoolsmith.com<br>Laura A. Handley<br>Texas Bar No. 24055024<br>lhandley@mckoolsmith.com<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Telephone: (212) 402-9400<br>Facsimile: (212) 402-9444<br><br>**ATTORNEYS FOR PLAINTIFF WI-LAN INC** |

| | |
|---|---|
| Dated:   September 28, 2012 | /s/ *Eric H. Findlay*<br>Eric H. Findlay<br>State Bar No. 00789886<br>efindlay@findlaycraft.com<br>**FINDLAY CRAFT LLP**<br>6760 Old Jacksonville Highway, Suite 101<br>Tyler, Texas  75703<br>Telephone: (903) 534-1100<br>Telecopier: (903) 534-1137<br><br>Stephen S. Korniczky<br>Martin R. Bader<br>skorniczky@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLC**<br>12275 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Telephone: (858) 720-8900<br>Telecopier: (858) 509-3691<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC., and EXEDEA, INC.** |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of September, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Sam Baxter

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel for Plaintiff Wi-LAN Inc. and counsel for Defendants have conferred regarding the forgoing motion, and are in agreement.

/s/ Sam Baxter