**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **WI-LAN, INC.,**<br>    *Plaintiff,*<br><br>v.<br><br>**HTC CORPORATION, et al.,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:11-cv-68-JRG |
| **WI-LAN, INC.,**<br>    *Plaintiff,*<br><br>**v.**<br><br>**APPLE, INC., et al.,**<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:12-cv-600-JRG |

**CONSOLIDATION ORDER**

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues (except venue) with the first-filed action, Cause No. 2:11-cv-68. All parties are instructed to file any future motions (except relating to venue) in the first-filed case. Individual cases remain active for venue determinations and trial. The Court will enter one docket control order, one protective order, and one discovery order that will govern the entire consolidated case. The local rules' page limitations for *Markman* briefs and other motions will apply to the consolidated case. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

**So ORDERED and SIGNED this 10th day of October, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE