# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:11-CV-68 |
| HTC CORPORATION, HTC AMERICA, INC., and EXEDEA, INC., | § § § § | **(LEAD CASE)** |
| | § | JURY TRIAL REQUESTED |
| Defendants. | § § § | |
| | § § § | |
| WI-LAN INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 2:12-CV-600-JRG |
| v. | § § § | **(Consolidated Case)** |
| APPLE, INC., et al., | § § | JURY TRIAL REQUESTED |
| Defendants. | § § | |

## STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Wi-LAN Inc. ("Wi-LAN") and Defendant Dell Inc. ("Dell"), by and through their counsel of record, hereby stipulate and request that the Court order as follows:

(1) Subject to the terms of the Confidential License And Settlement Agreement between Wi-LAN and Dell, all claims here at issue between Wi-LAN and Dell, including all claims presented by Wi-LAN's Complaints and all of Dell's counterclaims, shall be dismissed with prejudice; and

(2) Wi-LAN and Dell each shall bear their own costs and attorneys' fees.

| | |
|---|---|
| Dated:   June 18, 2013 | **MCKOOL SMITH P.C.** |
| | /s/ *Sam Baxter*<br>Sam Baxter<br>Texas State Bar No. 01938000<br>104 East Houston Street, Suite 200<br>Marshall, Texas 75670<br>Telephone:  (903) 923-9000<br>Facsimile:  (903) 923-9099<br>sbaxter@mckoolsmith.com |
| | Robert A. Cote<br>rcote@mckoolsmith.com<br>Laura A. Handley<br>Texas State Bar No. 24055024<br>lhandley@mckoolsmith.com<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Telephone:  (212) 402-9400<br>Facsimile:  (212) 402-9444 |
| | **ATTORNEYS FOR PLAINTIFF WI-LAN INC.** |
| Dated:   June 18, 2013 | Respectfully submitted, |
| |   /s/ Kimball R. Anderson<br>Kimball R. Anderson<br>Illinois State Bar No. 49980<br>kanderson@winston.com<br>Kathleen B. Barry<br>Illinois State Bar No. 6274526<br>kbarry@winston.com<br>**WINSTON &STRAWN LLP**<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 |
| | Deron R. Dacus<br>Texas State Bar No. 00790553<br>ddacus@dacusfirm.com<br>**THE DACUS FIRM, PC**<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701 |

Telephone: (903) 705-1117
Facsimile: (903) 705-1117

Daniel T. Conrad
Texas State Bar No. 24026608
dtconrad@jonesday.com
Chijioke E. Offor
Texas State Bar No. 24065840
ceoffor@jonesday.com
**JONES DAY**
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

**ATTORNEYS FOR DEFENDANT DELL INC**.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon counsel of record via CM/ECF on June 18, 2013,

*/s/ Sam Baxter*
Sam Baxter