IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:11-CV-68 | |
| § | **(LEAD CASE)** | |
| HTC CORPORATION, HTC AMERICA, § | | |
| INC., and EXEDEA, INC., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |
| § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | Civil Action No. 2:12-CV-600-JRG | |
| v. § | **(Consolidated Case)** | |
| § | | |
| APPLE, INC., et al., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |

## ORDER

Before the Court is Plaintiff Wi-LAN Inc. ("Wi-LAN) and Defendant Dell Inc.'s ("Dell") Stipulation and Joint Motion to Dismiss with Prejudice. Such motion is GRANTED.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) Subject to the terms of the Confidential License And Settlement Agreement between Wi-LAN and Dell, all claims here at issue between Wi-LAN and Dell, including all claims presented by Wi-LAN's Complaints and all of Dell's counterclaims, shall be and are dismissed with prejudice; and

(2) Wi-LAN and Dell each shall bear their own costs and attorneys' fees.
 So ORDERED and SIGNED this 19th day of June, 2013.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE