# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:11-cv-68-JRG | |
| § | **(LEAD CASE)** | |
| HTC CORPORATION, HTC AMERICA, § | | |
| INC., and EXEDEA, INC., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:12-cv-600-JRG | |
| § | **(Consolidated Case)** | |
| APPLE INC., et al., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |

## STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendant Alcatel-Lucent USA Inc. ("Alcatel-Lucent") by and through their counsel of record, hereby stipulate and request the Court order as follows:

(1) All claims at issue between Wi-LAN and Alcatel-Lucent in this action, including all claims presented by Wi-LAN and all of Alcatel-Lucent's counterclaims, shall be dismissed with prejudice;

(2) Wi-LAN and Alcatel-Lucent each shall bear their own costs and attorneys' fees; and

(3) Alcatel-Lucent withdraws as moot its motions in limine "(C) Motion in Limine to Preclude References to Patent License Agreements Between Qualcomm and Alcatel-Lucent (and Alcatel-Lucent's Predecessor Organizations);" "(D) Motion in Limine to Preclude References to the Multimedia Patent Trust;" and "(I) Motion in Limine to Preclude Opinion of Michael Akemann Relating to His Reliance on Jeffrey Prince's Survey in His Quantitative Damages Analysis" included as part of Defendants' omnibus motions in limine (Dkt. No. 513), filed September 6, 2013.

| | |
|---|---|
| Dated: September 17, 2013. | Respectfully submitted,<br><br>**MCKOOL SMITH, P.C.**<br><br>*/s/ Sam Baxter*<br>Sam Baxter<br>Texas State Bar No. 01938000<br>sbaxter@mckoolsmith.com<br>104 E. Houston Street, Suite 300<br>P.O. Box O<br>Marshall, Texas 75670<br>Telephone: (903) 903-9000<br>Telecopier: (903) 903-9099<br><br>Robert A. Cote<br>New York State Bar No. 2331957<br>rcote@mckoolsmith.com<br>Laura A. Handley<br>lhandley@mckoolsmith.com<br>Texas State Bar No. 24055024<br>One Bryant Park<br>47th Floor<br>New York, NY 10036<br>Telephone: (212) 402-9400<br>Telecopier: (212) 402-9444<br><br>**ATTORNEYS FOR WI-LAN INC.** |

Dated:   September 17, 2013             /s/ Michael E. Jones

Luke L. Dauchot, *Admitted Pro Hac Vice*
luke.dauchot@kirkland.com
Robert A. Appleby, *Admitted Pro Hac Vice*
robert.appleby@kirkland.com
Jeanne M. Heffernan, *Admitted Pro Hac Vice*
jeanne.heffernan@kirkland.com
Joseph A. Loy, *Admitted Pro Hac Vice*
joseph.loy@kirkland.com
Akshay S. Deoras, *Admitted Pro Hac Vice*
akshay.deoras@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Michael E. Jones
mikejones@potterminton.com
Allen F. Gardner
allengardner@potterminton.com
John F. bufe
johnbufe@potterminton.com
POTTER MINTON PC
110 N. College, Suite 500
Tyler, Texas  75702
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846

**ATTORNEYS FOR DEFENDANT ALCATEL-LUCENT USA INC.**

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically pursuant to Local Rule CV-5(a) and served on all counsel of record via the Court's ECF and by electronic means on counsel of record on September 17, 2013.

                                          /s/  Sam Baxter_____
                                          Sam Baxter