**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:11-cv-68-JRG | |
| § | **(LEAD CASE)** | |
| HTC CORPORATION, HTC AMERICA, § | | |
| INC., and EXEDEA, INC., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |
| § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | Civil Action No. 2:12-cv-600-JRG | |
| v. § | **(Consolidated Case)** | |
| § | | |
| APPLE INC., et al., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |

**STIPULATION AND JOINT MOTION**

Plaintiff Wi-LAN Inc. ("Wi-LAN") and Defendants HTC Corporation, HTC America, Inc., and Exedea, Inc. (hereinafter "HTC") have reached and signed a binding term sheet ("Term Sheet") that, among other things, resolves the current dispute. In view of the foregoing, the parties, by and through their counsel of record, hereby stipulate and request the Court order as follows:

(1)   All claims at issue between Wi-LAN and HTC in this action, including all claims presented by Wi-LAN and all of HTC's counterclaims, shall be dismissed with

prejudice, contingent on this Court granting this motion and maintaining jurisdiction over any and all disputes pertaining to the enforcement of any terms of the Term Sheet;

(2) Wi-LAN and HTC each shall bear their own costs and attorneys' fees;

(3) HTC withdraws as moot its Motion for Summary Judgment on Damages for Licensed Products (Dkt. 494); and

(4) The parties stipulate and agree that this Court shall retain and maintain jurisdiction to enforce any of terms of the Term Sheet referenced above.

Dated:  September 26, 2013.                          Respectfully submitted,

**McKool Smith, P.C.**

*/s/ Sam Baxter*
Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 903-9000
Telecopier: (903) 903-9099

Robert A. Cote
New York State Bar No. 2331957
rcote@mckoolsmith.com
Laura A. Handley
lhandley@mckoolsmith.com
Texas State Bar No. 24055024
One Bryant Park
47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Telecopier: (212) 402-9444

**ATTORNEYS FOR WI-LAN INC.**

Dated:   September 26, 2013

Respectfully submitted,

By: /s/ *Eric H. Findlay*
  Stephen S. Korniczky (*Admitted Pro Hac Vice*)
  Martin R. Bader (*Admitted Pro Hac Vice*)
  **Sheppard Mullin Richter & Hampton LLP**
  12275 El Camino Real, Suite 200
  San Diego, California 92130
  Telephone: (858) 720-8900
  Facsimile: (858) 509-3691
  skorniczky@sheppardmullin.com

  Eric H. Findlay
  State Bar No. 00789886
  **Findlay Craft LLP**
  6760 Old Jacksonville Highway, Suite 101
  Tyler, Texas 75703
  Telephone: (903) 534-1100
  Facsimile: (903) 534-1137
  Email: efindlay@findlaycraft.com

  **Attorneys for Defendants**
  **HTC CORPORATION, HTC AMERICA, INC., EXEDEA, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically pursuant to Local Rule CV-5(a) and served on all counsel of record via the Court's ECF and by electronic means on counsel of record on September 26, 2013.

/s/ Sam Baxter
Sam Baxter