**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| § | | Civil Action No. 2:11-cv-68-JRG |
| v. § | | **(LEAD CASE)** |
| § | | |
| HTC CORPORATION, HTC AMERICA, § | | |
| INC., and EXEDEA, INC., § | | |
| § | | JURY TRIAL REQUESTED |
| Defendants. § | | |
| § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | Civil Action No. 2:12-cv-600-JRG |
| v. § | | **(Consolidated Case)** |
| § | | |
| APPLE INC., et al., § | | |
| § | | JURY TRIAL REQUESTED |
| Defendants. § | | |
| § | | |

**ORDER**

Before the Court is Plaintiff Wi-LAN Inc.'s ("Wi-LAN") and Defendants HTC Corporation, HTC America, Inc., and Exedea, Inc. (hereinafter "HTC"), who have represented that they have reached and signed a binding term sheet ("Term Sheet") that, among other things, resolves the current dispute and who have presented a Joint Motion and Stipulation.. The Motion is GRANTED. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims at issue between Wi-LAN and HTC in this action, including all claims presented by Wi-LAN and all of HTC's counterclaims, are dismissed with prejudice;

(2) Wi-LAN and HTC each shall bear their own costs and attorneys' fees;

(3) HTC withdraws as moot its Motion for Summary Judgment on Damages for Licensed Products (Dkt. 494); and

(4) This Court shall retain and maintain jurisdiction to enforce any terms of the Term Sheet referenced above.

**So Ordered and Signed on this**

**Sep 28, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE