**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-68-JRG |
| | § | |
| HTC CORPORATION, ET AL. | § | |

**MINUTES FOR PRETRIAL CONFERENCE
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
September 26, 2013**

**OPEN:  10:16 a.m.**                                      **ADJOURN:  5:15 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFEDANTS: | See attached. |
| LAW CLERK: | Jane Du |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

The Court gave the parties and overview of the Court's schedule and parameters for Jury Selection and Trial.  The Court will allow 30 minutes per side for voir dire.  Lawyers will be permitted to use up to three minutes for a high level overview of the case.  The FJC patent video will be shown prior to jury selection.  A panel of eight jurors will be selected with four strikes per side.  The Court allotted 16 hours per side for presentation of evidence, not including opening, closing and voir dire.  Court will be available by 7:30 a.m. each trial day.  Objections to deposition clips to be handled on a rolling basis, should be day before clip to be played.  Court set an additional pretrial conference on October 1, 2013.

Juror notebooks to be used.  Parties to provide 10 copies containing the patents in suit, claim construction chart, tabbed witness pages for witnesses intended to be called., and a three-hole punched ruled paper pad.  This information is to be provided the Friday before Jury Selection.

The Court gave an overview of the conduct expected of experts during the trial.

Court discussed disputed pretrial motions.

The Court heard argument on Daubert Motions and Motions in Limine.

5:15 p.m.  Court adjourned.