Judge Rodney Gilstrap
2:11-CV-68-JRG
WI-LAN. INC. v. HTC CORPORATION, ET AL

Pretrial Conference

October 1, 2013, 1:00 p.m.

# ATTORNEY SIGN-IN SHEET

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Rob Nissen | *(signature)* |
| Malista Smith | *(signature)* |
| Betty Lamb | *(signature)* |
|  |  |
| Jennifer Truelove | Wi-LAN |
| Darryl Burke |  |
| Brett Cooper |  |
| Mark Matuse |  |
| Tim Fasure |  |
| Bob Kramer |  |
| Jason Blackstone |  |
| MARK SCARSI | APPLE |
| ASHLEE Lin | APPLE |
|  |  |
| Calvin Capshaw | Sierra Wireless |
| Tom Davis | HP |
| Jeanne Heffernan | Apple |
| Sanjay Patniyal | Apple |

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Eric Rusnak | Novatel Wireless |
| Mike Bettinger | Novatel Wireless |
| Ron Lopez | Sierra Wireless Am. |
| Jennifer Hayes | Sierra Wireless Am. |
| Brett Cooper | Wi-LAN |
| Marc Mathie | Wi-LAN |
| Tom Fasone | Wi-LAN |
| Robert Kramer | Wi-LAN |
| Melissa Smith | Apple/HP |