**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | Civil Action No. 2:11-CV-68 |
| § | | **(LEAD CASE)** |
| HTC CORPORATION, et al., § | | |
| § | | |
| Defendants. § | | JURY TRIAL REQUESTED |
| § | | |
| § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | Civil Action No. 2:12-CV-600-JRG |
| § | | **(CONSOLIDATED CASE)** |
| APPLE INC., et al., § | | |
| § | | |
| Defendants. § | | JURY TRIAL REQUESTED |

**STIPULATION AND JOINT MOTION**

Plaintiff Wi-LAN Inc. ("Wi-LAN") and Novatel Wireless, Inc. (hereinafter "Novatel Wireless") have reached and signed an agreement ("Agreement") that, among other things, resolves the current dispute. In view of the foregoing, the parties, by and through their counsel of record, hereby stipulate and request the Court order as follows:

(1) All claims at issue between Wi-LAN and Novatel Wireless in this action, including all claims presented by Wi-LAN and all of Novatel Wireless's counterclaims, shall be dismissed with prejudice; and

(2) Wi-LAN and Novatel Wireless each shall bear their own costs and attorneys' fees.

Dated: October 14, 2013

Respectfully submitted,

**MCKOOL SMITH P.C.**

/s/ *Sam Baxter*
Sam Baxter
Texas State Bar No. 01938000
104 East Houston Street, Suite 200
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
sbaxter@mckoolsmith.com

Robert A. Cote
rcote@mckoolsmith.com
Laura A. Handley
Texas State Bar No. 24055024
lhandley@mckoolsmith.com
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

**ATTORNEYS FOR PLAINTIFF WI-LAN INC.**

McKool 936136v1

Dated:   October 14, 2013        /s/ Eric C. Rusnak
Eric C. Rusnak
District of Columbia Bar No. 491254
eric.rusnak@klgates.com
K&L Gates LLP
1601 K Street, NW
Washington, DC  20006
Telephone:  (202) 778-9000
Facsimile:  (202) 778-9100


Roderick B. Williams
Texas State Bar No. 21573700
rick.williams@klgates.com
K&L Gates LLP
111 Congress Avenue, Suite 900
Austin, Texas  78701
Telephone:  (512) 482-6800
Facsimile:  (512) 482-6859


ATTORNEYS FOR DEFENDANT
NOVATEL WIRELESS, INC.

## CERTIFICATE OF SERVICE

 I hereby certify that on the 14th day of October, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/  Sam Baxter

## CERTIFICATE OF CONFERENCE

 I hereby certify that counsel for Wi-LAN and Novatel met and conferred in person, telephonically, and/or electronically over the past year and most recently on October 14, 2013 and that the relief sought in this motion is agreed by Wi-LAN and Novatel.

/s/  Sam Baxter

McKool 936136v1