**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-CV-68 |
| | § | **(LEAD CASE)** |
| HTC CORPORATION, et al., | § | |
| | § | |
| Defendants. | § | JURY TRIAL REQUESTED |
| | § | |
| | § | |
| | § | |
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:12-CV-600-JRG |
| | § | **(CONSOLIDATED CASE)** |
| APPLE INC., et al., | § | |
| | § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**STIPULATION AND JOINT MOTION**

Plaintiff Wi-LAN Inc. ("Wi-LAN") and Sierra Wireless America, Inc. (hereinafter "Sierra Wireless") have reached and signed a binding term sheet ("Term Sheet") that, among other things, resolves the current dispute.  In view of the foregoing, the parties, by and through their counsel of record, hereby stipulate and request the Court order as follows:

    (1)    All claims at issue between Wi-LAN and Sierra Wireless in this action, including all claims presented by Wi-LAN and all of Sierra Wireless'

counterclaims, to the extent they are still pending, shall be dismissed with prejudice; and

(2)     Wi-LAN and Sierra Wireless each shall bear their own costs and attorneys' fees.

2

Dated:    October 14, 2013

Respectfully submitted,

MᴄKᴏᴏʟ Sᴍɪᴛʜ P.C.

/s/  *Sam Baxter*
Sam Baxter
Texas State Bar No. 01938000
104 East Houston Street, Suite 200
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:  (903) 923-9099
sbaxter@mckoolsmith.com

Robert A. Cote
rcote@mckoolsmith.com
Laura A. Handley
Texas State Bar No. 24055024
lhandley@mckoolsmith.com
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  (212) 402-9400
Facsimile:  (212) 402-9444

**ATTORNEYS FOR PLAINTIFF WI-LAN INC.**

Dated:   October 14, 2013

Respectfully submitted,

**NIXON PEABODY LLP**

/s/  *Ronald F. Lopez*
Ronald F. Lopez (California SBN 111756)
rflopez@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, California  94111-3600
Telephone:  (415) 984-8200
Facsimile:  (415) 984-8300

*OF COUNSEL*:
Robert E. Krebs (California SBN 057526)
*Pro Hac Vice*
rekrebs@nixonpeabody.com
Jennifer Hayes (California SBN 241533)
jenhayes@nixonpeabody.com
**NIXON PEABODY LLP**
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California  94306
Telephone:  (650) 320-7700
Facsimile:  (650) 320-7701

Elizabeth L. DeRieux
ederieux@capshawlaw.com
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

**ATTORNEYS FOR DEFENDANT SIERRA
WIRELESS AMERICA, INC.:**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/  Sam Baxter

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Wi-LAN and Sierra Wireless met and conferred in person, telephonically, and/or electronically over the past year and most recently on October 14, 2013 and that the relief sought in this motion is agreed by Wi-LAN and Sierra Wireless.

/s/  Sam Baxter

McKool 900819v1