# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC. | § | |
| | § | |
| v. | § | Case No. 2:11-CV-68-JRG |
| | § | |
| HTC CORPORATION, ET AL. | § | |

## MINUTES FOR JURY SELECTION/TRIAL DAY 1
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 15, 2013

**OPEN:  8:50 a.m.**                                                                                                       **ADJOURN: 5:40 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANTS: | See attached. |
| LAW CLERK: | Jane Du |
| COURT REPORTER: | Shelly Holmes, CSR |
| COURTROOM DEPUTY: | Jan Lockhart |

Counsel for the parties indicated that Novatel Wireless had settled.  Mr. Baxter addressed the Court on behalf of Wi-Lan regarding counsel appearing to represent the interests of Ericsson licensing for trial.

9:57 a.m.  Voir dire by Mr. Baxter.

10:28 a.m. Voir dire by Ms. Smith.

11:40 a.m.  Jurors selected.

Trial to begin at 1:15 p.m.   Lunch recess.

1:03 p.m. Hearing outside the presence of the jury.  Messrs. Hasenour and Cote argued on behalf of Plaintiff.  Mr. Scarsi argued on behalf of Defendant.

1:30 p.m.  Jurors returned to courtroom.  Court's preliminary instructions to the jury.

2:03 p.m.  Witnesses sworn.  Plaintiff asking that the rule be invoked.

2:05 p.m.  Mr. Cote conducted opening statement for Plaintiff.

2:35 p.m.  Mr. Scarsi conducted opening statement for Defendant.

3:08 p.m.  Jury excused for afternoon recess.

Page 2
Minutes
October 15, 2013

3:30 p.m.  Court reconvened.

3:31 p.m.  Direct Examination of Dr. Geoffrey Orsak by Mr. Thomas.

4:45 p.m. Break.  Courtroom sealed.

4:51 p.m. Court reconvened.  Jury returned to courtroom.   Direct Examination of Dr. Orsak continued.

5:35 p.m.  Court dismissed jury.  Hearing outside the presence of the jury.

5:40 p.m.  Court adjourned.