Judge Rodney Gilstrap
2:11-CV-68-JRG
WI-LAN. INC. v. HTC CORPORATION, ET AL

Jury Selection/Trial Day 1

October 15, 2013

# ATTORNEY SIGN-IN SHEET

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| MARK SCARSI | APPLE |
| Luke Dauchot | Apple |
| Robert Appleby | Apple |
| Robert Cole | Wi-LAN |
| Jason Blackstone | " |
| Darryl Burke | " |
| Seth Hasenour | " |
| Jonathan Yim | " |
| Jennifer Truelove | " |
| Kurt Truelove | " |
| Mark Mathie | " |
| Bob Kramer | " |
| Tom Fasone | " |
| Dirk Thomas | " |
| Bob Arelton | " |
| Brett Cooper | " |
| Melissa Smith | Apple |