## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, HTC AMERICA, INC., and EXEDEA, INC., <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 2:11-cv-68-JRG <br> **(LEAD CASE)** <br><br> JURY TRIAL REQUESTED |
| WI-LAN INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., et al., <br><br> Defendants. | § § § § § § § § § § § § § | Civil Action No. 2:12-cv-600-JRG <br> **(Consolidated Case)** <br><br> JURY TRIAL REQUESTED |

## ORDER

Before the Court is Plaintiff Wi-LAN, Inc.'s ("Wi-LAN") and Defendant Novatel Wireless, Inc. ("Novatel Wireless"), who have represented that they have reached and signed an agreement ("Agreement") that, among other things, resolves the current dispute and who have presented a Stipulation and Joint Motion. The Motion is GRANTED. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims at issue between Wi-LAN and Novatel Wireless in this action, including all claims presented by Wi-LAN and all of Novatel Wireless's counterclaims, shall be dismissed with prejudice; and

(2) Wi-LAN and Novatel Wireless each shall bear their own costs and attorneys' fees.

**So Ordered and Signed on this**

**Oct 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE