# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | | |
| v. § | Civil Action No. 2:11-cv-68-JRG | |
| § | **(LEAD CASE)** | |
| HTC CORPORATION, HTC AMERICA, § | | |
| INC., and EXEDEA, INC., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |
| § | | |
| WI-LAN INC., § | | |
| § | | |
| Plaintiff, § | Civil Action No. 2:12-cv-600-JRG | |
| v. § | **(Consolidated Case)** | |
| § | | |
| APPLE INC., et al., § | | |
| § | JURY TRIAL REQUESTED | |
| Defendants. § | | |

## ORDER

Before the Court is Plaintiff Wi-LAN, Inc.'s ("Wi-LAN") and Defendant Sierra Wireless America, Inc. ("Sierra"), who have represented that they have reached and signed a binding term Sheet ("Term Sheet") that, among other things, resolves the current dispute and who have presented a Joint Motion and Stipulation. The Motion is GRANTED. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims at issue between Wi-LAN and Sierra in this action, including all claims presented by Wi-LAN and all of Sierra's counterclaims, shall be dismissed with prejudice; and

(2) Wi-LAN and Sierra each shall bear their own costs and attorneys' fees.

**So Ordered and Signed on this**

**Oct 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE