**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:11-cv-68-JRG |
| | § | **(LEAD CASE)** |
| HTC CORPORATION, HTC AMERICA, INC., and EXEDEA, INC., | § | |
| | § | |
| | § | JURY TRIAL REQUESTED |
| Defendants. | § | |
| WI-LAN INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:12-cv-600-JRG |
| | § | **(Consolidated Case)** |
| APPLE INC., et al., | § | |
| | § | |
| Defendants. | § | JURY TRIAL REQUESTED |

**ORDER**

Before the Court is Plaintiff Wi-LAN, Inc.'s ("Wi-LAN") and Defendant Hewlett-Packard Company ("HP"), who have represented that they have reached and signed an agreement ("Agreement") that, among other things, resolves the current dispute and who have presented a Stipulation and Joint Motion. The Motion is GRANTED. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

(1) All claims at issue between Wi-LAN and HP in this action, including all claims presented by Wi-LAN and all of HP's counterclaims, shall be dismissed with prejudice; and

(2) Wi-LAN and HP each shall bear their own costs and attorneys' fees.

**So Ordered and Signed on this**

**Oct 15, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE