# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:11-cv-68-JRG |
| | § | **(Lead Case)** |
| HTC CORPORATION, *et al.*, | § | |
| Defendants. | § | JURY TRIAL REQUESTED |
| | | |
| WI-LAN INC., | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 2:12-cv-600-JRG |
| | § | **(Consolidated Case)** |
| APPLE INC., *et al*, | § | |
| Defendants. | § | JURY TRIAL REQUESTED |

## ORDER

Before the Court is the Joint Stipulation Regarding Royalty Base between Plaintiff Wi-LAN, Inc. ("Wi-LAN") and Defendant Apple ("Apple"). After consideration of same, the Court finds that the Joint Stipulation should be **GRANTED**.

**So ORDERED and SIGNED this 17th day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE