IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § § § | Civil Action No. 2:11-CV-68-JRG |
| Plaintiff, | § § | **(LEAD CASE)** |
| v. | § § | Civil Action No. 2:12-CV-600-JRG |
| APPLE, INC. | § § § | **(Consolidated Case)** |
| Defendant. | § § § | JURY TRIAL REQUESTED |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Wi-LAN" means Wi-LAN Inc. As used herein, "Apple" means Apple, Inc.

**Question No. 1:**

Did Wi-LAN prove by a preponderance of the evidence that Apple infringed the following asserted claims of the '802 Patent?

**Answer YES or NO.**

**'802 Patent Claims**

Claim 1 ___NO___ *Michael [signature]*

Claim 10 ___NO___ *Michael [signature]*

2

**Question No. 2:**

ANSWER QUESTION NO. 2 IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTION NO. 1; OTHERWISE, DO NOT ANSWER QUESTION NO. 2 AND PROCEED TO ANSWER QUESTION 3.

Did Wi-LAN prove by clear and convincing evidence that Apple's infringement was willful?

**Answer YES or NO.**

_____

**Question No. 3:**

Do you find that Apple has proven by clear and convincing evidence that any of the following claims are invalid?

**Answer YES or NO.**

**'802 Patent Claims**

Claim 1 ___YES___   *[signature]*

Claim 10 ___YES___   *[signature]*

4

**Question No. 4:**

ANSWER QUESTION NO. 4 IF YOU HAVE FOUND AT LEAST ONE CLAIM LISTED IN QUESTION NO. 1 INFRINGED AND NOT INVALID; OTHERWISE, DO NOT ANSWER QUESTION NO. 4.

What sum of money if paid now in cash do you find from a preponderance of the evidence would fairly and reasonably compensate Wi-LAN for Apple's infringement?

$ -0-

Signed this 23 day of October, 2013.