IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 2:11-CV-68-JRG |
| | § | |
| v. | § | **CONSOLIDATED WITH** |
| | § | |
| HTC CORP., et al., | § | CASE NO. 2:12-cv-600-JRG |
| | § | |
| *Defendants.* | § | |
| | § | |

## JUDGMENT

A jury trial commenced in this case on October 15, 2013, and the jury reached and returned its unanimous verdict on October 23, 2013 (Dkt. No. 627). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict and the entirety of the record available to the Court, the Court hereby **ORDERS AND ENTERS JUDGMENT** as follows:

1. Defendant Apple, Inc. ("Apple") does not directly infringe claims 1 or 10 of U.S. Patent No. RE37,802.

2. Claims 1 and 10 of U.S. Patent No. RE37,802 are invalid.

3. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that Apple is the prevailing party in this matter and is entitled to costs consistent therewith.

4. All pending motions are hereby **DENIED**.

**So ORDERED and SIGNED this 24th day of October, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE