# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WI-LAN INC., | § | CIVIL ACTION NO. 2:11-CV-68-JRG |
| | § | (Lead Case) |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| HTC CORPORATION, ET AL. | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| WI-LAN INC., | § | CIVIL ACTION NO. 2:12-CV-600-JRG |
| | § | (Consolidated Case) |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| APPLE INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## AGREED BILL OF COSTS

Apple, Inc. hereby submits the attached Form AO 133 Agreed Bill of Costs. The parties came to an agreement as to the overall amount of Apple's Bill of Costs. Accordingly, Apple, Inc. submits the attached Exhibit AO 133 form.

Dated: December 20, 2013

Respectfully submitted,

GILLAM & SMITH, LLP

By */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.

Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 20, 2013.

                                                              _____*/s/ Melissa R. Smith*_____
                                                              Melissa R. Smith